IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Martinez, Eduardo

Printed: 02/03/09

Case Number: 07 B 06590
Judge: Hollis, Pamela S
Filed: 4/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: January 9, 2009
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 30,929.76 |  |
| Secured: |  | 24,835.70 |
| Unsecured: |  | 1,989.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,146.00 |
| Trustee Fee: |  | 1,833.19 |
| Other Funds: |  | 125.49 |
| Totals: | 30,929.76 | 30,929.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,146.00 | 2,146.00 |
| 2. | Litton Loan Servicing | Secured | 19,975.00 | 18,501.09 |
| 3. | Illiana Financial Credit Union | Secured | 5,558.13 | 5,558.13 |
| 4. | Litton Loan Servicing | Secured | 17,300.00 | 776.48 |
| 5. | RoundUp Funding LLC | Unsecured | 374.85 | 374.85 |
| 6. | Verizon Wireless Midwest | Unsecured | 1,614.53 | 1,614.53 |
| 7. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
| 8. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 9. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 10. | First Premier | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,968.51 | $ 28,971.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 860.65 |
| 6.5% | 562.40 |
| 6.6% | 410.14 |
|  | $ 1,833.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Martinez, Eduardo | Case Number:  07 B 06590 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/03/09 | Filed:  4/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*